```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 59498
  THOMAS M ALTERGOTT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-2429
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 10/15/2005 and was confirmed 01/30/2006.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

The case was dismissed after confirmation 08/25/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTO FINANCE | SECURED | 9125.00 | 282.58 | 9125.00 |
| CHASE AUTO FINANCE | UNSEC W/INTER | 779.52 | 110.28 | 281.96 |
| CAPITAL ONE | UNSEC W/INTER | 861.96 | 116.90 | 311.78 |
| RESURGENT CAPITAL SERVIC | UNSEC W/INTER | 7613.45 | 899.30 | 2753.83 |
| DISCOVER FINANCIAL SERVI | UNSEC W/INTER | 3015.21 | 408.99 | 1090.60 |
| HSBC BANK NEVADA NA | UNSEC W/INTER | 9022.79 | 1223.73 | 3263.56 |
| CHASE AUTO FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| MCGRATH & VELAZQUEZ | DEBTOR ATTY | 2,237.50 | | 2,237.50 |
| TOM VAUGHN | TRUSTEE | | | 1,299.99 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 23,406.00 | |
| PRIORITY | | .00 |
| SECURED | | 9,125.00 |
|   INTEREST | | 282.58 |
| UNSECURED | | 7,701.73 |
|   INTEREST | | 2,759.20 |
| ADMINISTRATIVE | | 2,237.50 |
| TRUSTEE COMPENSATION | | 1,299.99 |
| DEBTOR REFUND | | .00 |
| TOTALS | 23,406.00 | 23,406.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 59498 THOMAS M ALTERGOTT